UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22538-CV-Gonzalez/Lenard

**Flight Training, Inc.,**

    Plaintiff,

vs.

**Tropical, Inc., d/b/a Tropical Aviation Distributors, Falcontrust Air, LLC and Ray Cabrera,**

    Defendants.

---

## ORDER

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal [DE 141] and Defendant Tropical's Response to Notice of Settlement [DE 143]. Having reviewed the Joint Stipulation of Dismissal and Defendant Tropical's Response to Notice of Settlement, it is **ORDERED AND ADJUDGED** that

1) The above numbered case is DISMISSED with prejudice;

2) This case is closed, and

3) Defendant's Motion to Recover Attorney's Fees and Tax Costs [DE 134] is hereby refereed to Magistrate Judge Barry L. Garber for his Report and Recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 2ND day of June, 2008.

United States District Judge Jose A. Gonzalez, Jr.